PROB 12A
(7/93)

# United States District Court

for

*District of Guam*

FILED
DISTRICT COURT OF GUAM
FEB -9 2007
MARY L.M. MORAN
CLERK OF COURT

### Report on Offender Under Supervision

Name of Offender: **Kenneth Leon Guerrero Ninete**   Case Number: **CR 03-00020-001**

Name of Sentencing Judicial   David O. Carter, Designated U.S. District Judge

Date of Original Sentence:   May 6, 2005

Original Offense:   Conspiracy to Distribute Methamphetamine Hydrochloride, in violation of 21 U.S.C.§§841(a)(1), 841(b)(1)(B)(vii) & 846.

Original Sentence:   46 month term of imprisonment followed by a four year term of supervised release with the following special conditions: refrain from the use of all alcoholic beverages; participate in a program approved by the U.S. Probation Office for substance abuse, which may include testing to determine whether the defendant has reverted to the use of drugs or alcohol, and make co-payment for the program at a rate to be determined by the U.S. Probation Office; obtain and maintain gainful employment; be subject to random search and seizure at anytime or day, with or without probable cause, by any peace or probation officer; and pay a $100 special assessment fee. On **November 8, 2006 conditions were modified** to include refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release from imprisonment and at least two drug tests thereafter, not to exceed eight drug tests per month, as directed by the probation officer.

Type of Supervision:   Supervised Release      Date Supervision   October 20, 2006

---

### NONCOMPLIANCE SUMMARY

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Unlawful use of a controlled substance in violation of 18 U.S.C.§3583(d). |

Mr. Ninete tested positive for the use of methamphetamine on January 24, 2007. He denied use and the specimen was sent to Scientific Testing Laboratories for confirmation testing. On January 25, 2007, during a counseling session, Mr. Ninete admitted in writing to using methamphetamine on January 23, 2007.

Mr. Ninete is participating in a substance abuse testing and treatment program under the direction of the Probation Office, and has been returned to phase one, day one of the program. Mr. Ninete will continue to be monitored, and any further violations will be reported to the Court.

Mr. Ninete paid the $100 special assessment fee on May 13, 2005.

This report is for informational purposes only and it is respectfully recommended that no action be taken.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader
Date: 2/8/07

Respectfully submitted,

by: GRACE D. FLORES
U.S. Probation Officer

Date: February 7, 2007

**THE COURT ORDERS**

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other: Condition suspended as recommended

HON. FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District of Guam

2/8/07.
Date

RECEIVED
FEB - 8 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM