# United States District Court

for

*District of Guam*

**Report for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
(Probation Form 49, Waiver of Hearings is Attached)

| | | | |
|---|---|---|---|
| Name of Offender | **Kenneth Leon Guerrero Ninete** | Case Number: | **CR 03-00020-001** |

Name of Sentencing Judicial Officer:     David O. Carter

Date of Original Sentence:     May 6, 2005

Original Offense:     Conspiracy to Distribute Methamphetamine Hydrochloride, in violation of 21

Original Sentence:     46 month term of imprisonment followed by a four year term of supervised release with the following special conditions: refrain from the use of any and all alcoholic beverages; participate in a program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol, and make co-payment for the program at a rate to be determined by the U.S. Probation Office; obtain and maintain gainful employment; be subject to random search and seizure at anytime or day, with or without probable cause, by any peace or probation officer. On **November 8, 2006 conditions were modified** to include refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release from imprisonment and at least two drug tests thereafter, not to exceed eight drug tests per month, as directed by the probation officer. **On February 9, 2007 an Informational Report** was filed with the Court. **On May 4, 2007, conditions were modified** to include 50 hours of community service for a positive drug test.

Type of Supervision:     Supervised Release     Date Supervision Commenced:     October 20, 2006

## PETITIONING THE COURT

☐   To extend the term of supervision for _____ years, for a total term of _____ years.

☒   To modify the conditions of supervision as follows

1. The defendant shall participate in the curfew component of the home confinement program for a period of one month, and abide by all the requirements of the program which will include electronic monitoring. The defendant is to pay all or part of the costs of the program based on his ability to pay as determined by the probation officer. The defendant is to be restricted to his residence from 10:00 p.m. to 6:00 a.m.

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　page 2

CAUSE

On November 13, 2007, Kenneth Ninete tested presumptively positive for the use of methamphetamine. He denied use and the specimen was sent to Kroll Laboratory Specialists, Inc. for confirmation testing. On November 21, 2007, the results were returned positive for the use of amphetamine and methamphetamine and he later admitted to using "ice". Additionally, Mr. Ninete submitted specimens on November 23, 2007 and December 14, 2007 that were diluted. He was counseled about his consumption of too much water prior to testing.

Mr. Ninete is participating in a substance abuse testing and treatment program. As a result of the admission, he was returned to phase one day one of the program. He paid the $100 special assessment fee on May 13, 2005 and is employed.

Based on the information above and pursuant to 18 U.S.C. § 3583(e)(2), this Officer respectfully requests that the Court modify the conditions of supervised release and Mr. Ninete be ordered to participate in the curfew component of the home confinement with electronic monitoring program for one month. Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Mr. Ninete's consent to the modification.

| Reviewed by: | Respectfully submitted, |
|---|---|
| /s/ CARMEN D. O'MALLAN<br>U.S. Probation Officer Specialist<br>Supervision Unit Leader | by: /s/ GRACE D. FLORES<br>U.S. Probation Officer |
| Date: February 7, 2008 | Date: February 7, 2008 |

THE COURT ORDERS

☐ No Action

☐ The Extension of Supervision as Noted Above.

☒ The Modification of Conditions as Noted Above.

☐ Other　　　Issuance of a:　☐ Summons　☐ Warrant



**/s/ Frances M. Tydingco-Gatewood**
　　**Chief Judge**
**Dated: Feb 15, 2008**