# *United States District Court*

for

### *District of Guam*

### Report for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearings is Attached)

Name of Offender    **Kenneth Leon Guerrero Ninete**        Case Number:  **CR 03-00020-001**

Name of Sentencing Judicial Officer:     David O. Carter

Date of Original Sentence:     May 6, 2005

Original Offense:     Conspiracy to Distribute Methamphetamine Hydrochloride, in violation of 21 U.S.C.§§841(a)(1) & 841(b)(1)(B)(vii) & 846.

Original Sentence:     46 month term of imprisonment followed by a four year term of supervised release with the following special conditions: refrain from the use of any and all alcoholic beverages; participate in a program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol, and make co-payment for the program at a rate to be determined by the U.S. Probation Office; obtain and maintain gainful employment; be subject to random search and seizure at anytime or day, with or without probable cause, by any peace or probation officer. On **November 8, 2006 conditions were modified** to include refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release from imprisonment and at least two drug tests thereafter, not to exceed eight drug tests per month, as directed by the probation officer. **On February 9, 2007 an Informational Report** was filed with the Court. **On May 4, 2007, conditions were modified** to include 50 hours of community service for a positive drug test. **On February 15, 2008 conditions were modified** to include participation in the curfew component of the home confinement with electronic monitoring program as a result of a positive drug test.

Type of Supervision:     Supervised Release     Date Supervision Commenced:     October 20, 2006

### PETITIONING THE COURT

☐    To extend the term of supervision for     years, for a total term of     years.

☒    To modify the conditions of supervision as follows

1.     The defendant shall perform 100 hours of community service.

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender

page 2

CAUSE

On May 29, 2008, May 15, 2008, and March 17, 2008, Kenneth Ninete submitted specimens that were diluted. He was counseled about his consumption of too much water prior to testing. Mr. Ninete indicated that he has sought medical consultation and was advised that he may have kidney problems. Mr. Ninete was given an opportunity to provide documentation and failed to do so.

Additionally, on July 10, 2008, Mr. Ninete failed to show for his scheduled counseling session. He did not provide any excuse as to why his missed his appointment.

Mr. Ninete is participating in a substance abuse testing and treatment program. As a result of the admission, he will be extended in the current phase. He paid the $100 special assessment fee on May 13, 2005 and is employed.

Based on the information above and pursuant to 18 U.S.C. § 3583(e)(2) , this Officer respectfully requests that the Court modify the conditions of supervised release and Mr. Ninete be ordered to perform 100 hours of community service. Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Mr. Ninete's consent to the modification.

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

Date: July 18, 2008

Respectfully submitted,

by:

/s/ GRACE D. FLORES
U.S. Probation Officer

Date: July 18, 2008

THE COURT ORDERS

☐ No Action

☐ The Extension of Supervision as Noted Above.

☐ The Modification of Conditions as Noted Above.

☐ Other          Issuance of a:     ☐ Summons     ☐ Warrant

# *United States District Court*

for

## *District of Guam*

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

I agree to the modification of my supervised release conditions to include the following conditions:

1. The defendant shall perform 100 hours of community service at the direction of the U.S. Probation Office.

Witness: _____     Signed: _____
              Grace D. Flores                              Kenneth Ninete
         U.S. Probation Officer                  Probationer or Supervised Releasee

July 14, 2008
                    Date